938

No. 506. UNITED STATES *v.* BRAVERMAN. Appeal from the United States District Court for the Southern District of California. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 526. SHERBERT *v.* VERNER ET AL., MEMBERS OF SOUTH CAROLINA EMPLOYMENT SECURITY COMMISSION, ET AL. Appeal from the Supreme Court of South Carolina. Probable jurisdiction noted. *William D. Donnelly* for appellant. *Daniel R. McLeod,* Attorney General of South Carolina, and *Victor S. Evans,* Assistant Attorney General, for appellees.

No. 509. REED *v.* THE YAKA ET AL. C. A. 3d Cir. Certiorari granted. *Abraham E. Freedman* for petitioner. *Thomas F. Mount* for the Yaka, and *T. E. Byrne, Jr.* for Pan-Atlantic Steamship Corp., respondents.

No. 515. HARSHMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *Francis Heisler* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 516. PARKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *Francis Heisler* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.